1

2                                                                   JS-6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ANDREA A.,[1]
                                          Case No. 2:19-cv-09908-JC
12              Plaintiff,
                                          JUDGMENT
13        v.

14
     ANDREW SAUL, Commissioner
15   of Social Security Administration,

16
                Defendant.
17

18
         IT IS HEREBY ADJUDGED that the decision of the Commissioner of
19
     Social Security Administration is AFFIRMED.
20

21
     DATED:  October 8, 2020
22
                                          _____/s/_____
23
                                          Honorable Jacqueline Chooljian
24                                        UNITED STATES MAGISTRATE JUDGE

25

26   _____

27        [1]Plaintiff's name is partially redacted to protect her privacy in compliance with Federal
     Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
28   Administration and Case Management of the Judicial Conference of the United States.